UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROOR INTERNATIONAL BV and SREAM, INC.,**

      **Plaintiffs,**

v.                                             Case No:   6:19-cv-44-Orl-41LRH

**PIPE DREAMS USA, INC. and JAMES KNAPTON,**

      **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

    This matter comes before the undersigned upon review of the file. Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Plaintiffs filed this action on January 8, 2019. Doc. No. 1. As of September 20, 2019, more than 90 days had passed since the filing of Plaintiffs' complaint, and Plaintiffs had not filed proof that they served the summons and complaint on Defendant James Knapton. Therefore, I issued an Order to Show Cause requiring Plaintiffs to file proof of service as to Defendant Knapton or show cause why the complaint against Defendant Knapton should not be dismissed without prejudice for failure to timely perfect service. Doc. No. 21. The deadline for responding to the Order to Show Cause was October 4, 2019. *Id.* That deadline has passed, and Plaintiffs have not filed proof of service or responded to the Order to Show Cause.

Accordingly, I **RESPECTFULLY RECOMMEND** that the Court **DISMISS** the complaint as to Defendant Knapton without prejudice for failure to serve Defendant Knapton in accordance with Federal Rule of Civil Procedure 4(m).

## **NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on October 7, 2019.

_____
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy