UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROOR INTERNATIONAL BV and SREAM, INC.,**

      **Plaintiffs,**

**v.**        Case No: 6:19-cv-44-Orl-41LRH

**PIPE DREAMS USA, INC. and JAMES KNAPTON,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file. United States Magistrate Judge Leslie R. Hoffman issued a Report and Recommendation (Doc. 24) in which she recommends dismissing the Complaint (Doc. 1) as to Defendant James Knapton without prejudice for failure to serve in accordance with Federal Rule of Civil Procedure 4(m).

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis set forth in the Report and Recommendation. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 24) is **ADOPTED** and **CONFIRMED** and is made a part of this Order.

2. The Complaint (Doc. 1) is **DISMISSED** as to Defendant Knapton.

3. The Clerk is directed to terminate James Knapton as a Defendant and amend the case style accordingly.

**DONE** and **ORDERED** in Orlando, Florida on October 24, 2019.



Copies furnished to:

Counsel of Record